IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN CASEY,

    Plaintiff,

v.                                          Case No. 4:24-cv-102-AW-MAF

FLORIDA DEP'T OF CORRECTIONS,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pro se prisoner Brian Casey—a three-striker and prolific litigator—has filed a new case. The magistrate judge recommends dismissal because the complaint does not allege facts showing Casey "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). ECF No. 4. Casey has filed objections (ECF No. 5), which I have considered de novo. I agree with the magistrate judge.

The magistrate judge notes that based on Casey's litigation history and evidence in his prior cases, he is unworthy of belief. I do not disagree. But that is not the issue here, because the complaint itself does not allege facts showing imminent danger. *See Daker v. Ward*, 999 F.3d 1300, 1311 (11th Cir. 2021). In dismissing, I am relying solely on what is alleged in the complaint, and it is not sufficient, even accepting all allegations as true.

1

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will then close the file.

SO ORDERED on April 12, 2024.

s/ *Allen Winsor*<br>United States District Judge

2